District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MUATAZ YAHYA ABDULJABBAR AL KHATEEB, <br><br>                  Plaintiff, <br>         v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br>                  Defendants. | Case No. 2:24-cv-00836-TL <br><br> STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> May 14, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. U.S. Citizenship and Immigration Services has adjudicated Plaintiff's naturalization application, and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-00836-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 14th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GAIRSON LAW, LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA No. 43365<br>Gairson Law, LLC<br>4606 Martin Luther King Jr.. Way S.<br>Seattle, Washington 98108<br>Phone:  206-357-4218<br>Email:  jay@gairson.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 43 words, in compliance with the Local Civil Rules.*

## [~~PROPOSED~~] ORDER

The case is dismissed without prejudice.   It is so **ORDERED.**

DATED this 14th day of May, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-00836-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800